FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 22, 2023

SEAN F. MCAVOY, CLERK

# COMPLAINT AFFIDAVIT

1. I, Chelsey Haney, a Special Agent of the Drug Enforcement Administration being first duly sworn, hereby depose and state as follows:

2. This application arises out of an investigation being conducted by Special Agents (SA) and Task Force Officers (TFO) of the U.S. Drug Enforcement Administration (DEA), regarding suspected methamphetamine trafficking activities occurring in and around the Yakima, Washington area.

## LAW ENFORCEMENT BACKGROUND

3. I have been employed by the DEA since December 2020 and am responsible for investigating violations of federal law to include violations of the Controlled Substances Act. Prior to my employment with the DEA, I was a Spotsylvania County Sheriff Deputy from July 2017 through December 2020. I have a Masters degree in Criminal Justice from Youngstown State University in Ohio. I graduated in May of 2016. In my current capacity as a DEA special agent, I have been assigned duties which include, but are not limited to, debriefing of defendants, witnesses, and informants, investigating crimes enumerated in the Controlled Substance Act, executing search/arrest warrants, collecting drug and non-drug evidence, supervision of cooperating individuals, monitoring drug related conversations, telephone toll analysis, and testifying before grand juries, and in

state and federal court.

4. Additionally, I have participated in criminal investigations involving drug trafficking. This participation includes acting as the case agent, working in an undercover capacity, and assisting other law enforcement officers. Through this participation, training, and experience, I have an understanding of the way controlled substances are manufactured, transported, smuggled and distributed, and have come to understand the various roles members of a drug-trafficking organization serve in furtherance of the organization's drug-trafficking and money-laundering activities.

## FACTS RELATED TO THIS INVESTIGATION

5. In February 2022, members of the DEA Yakima Resident office initiated an investigation into the drug trafficking activities of Juan FLORES-Villaman in the Yakima, WA area. Throughout the course of the investigation, the DEA received information regarding FLORES-Villaman's drug trafficking organization.

6. In March 2023, a DEA Confidential Source ("CS") informed agents that he/she could purchase up to 10 pounds of methamphetamine and thousands of fentanyl laced pills from a subject known to the CS as "Juan." "Juan" also went by "Calibre" or "Caliber". Agents were able to identify "Calibre" as Juan FLORES-Villaman ("FLORES-Villaman") as there was already an active investigation into

his drug trafficking organization. The CS provided agents with FLORES-Villaman's phone number, (509) 506-9308.

7. On March 21, 2023, SA Haney and TFO Horbatko met with the CS regarding the anticipated purchase of methamphetamine. SA Haney and TFO Horbatko instructed the CS to make a phone call to FLORES-Villaman. This phone call was audio recorded by SA Haney. During the phone call, the CS asked if he (FLORES-Villaman) knew what day "things were happening?" FLORES-Villaman responded, "sometime this week, but I am not sure what day". The CS told FLORES-Villaman to keep him/her in the loop. FLORES-Villaman agreed. FLORES- Villaman asked the CS "where are we at" (in reference to how much money the CS owed FLORES-Villaman).

8. FLORES-Villaman sent a text message to the CS stating, "I couldn't here to good so what did you say" and "we are at 19500". The CS replied, "Yes sir." FLORES-Villaman replied, "Did you friend get u that or what's the plan". The CS said, "I have some for you but my car was broke down and couldn't get over there this weekend. He has a chunk but I need work to take over there when I grab his money". FLORES-Villaman replied, "I'm trying to do everything possible I just having hard time to get it here rn but I do depend on that to re up when they get here". The CS stated, "I got you covered I can get the money when the time comes. Dude always pays on time". FLORES-Villaman told the CS he (FLORES-

3

Villaman) could get him/her (5) five pounds of methamphetamine from a friend in town. The CS and FLORES-Villaman agreed to this arrangement.

9. On March 21, 2023, at approximately 3:50 p.m., SA Chelsey Haney and Task Force Officer (TFO) Erik Horbatko met with the CS at a neutral location regarding the anticipated purchase of approximately (5) five pounds of methamphetamine from Juan FLORES-Villaman for $4,900.00 (Yakima Police Department funds).

10. Surveillance units arrived to their locations in the area of the Caribbean Casino, located at 1901 Boggess Ln, in Yakima, WA. SA Haney and TFO Horbatko followed and maintained constant visual observation of the CS from the neutral location to the Caribbean Casino. At approximately 4:42 p.m., the CS arrived at the Caribbean Casino in Yakima, WA. The CS placed a phone call to FLORES-Villaman, informing FLORES-Villaman that he/she was at the Caribbean Casino and was ready to meet. FLORES-Villaman said he (FLORES-Villaman) was sending a runner to meet the CS. At approximately 4:57 p.m., surveillance units observed a gray Lexus arrive at the Caribbean Casino and park next to the CS' vehicle. The driver of the gray Lexus was later identified as Eduardo VASQUEZ-Ruelas. ("Eduardo VASQUEZ-Ruelas"). The CS was driving a dark colored SUV. The CS had been previously provided with recording equipment. SA Haney and TFO Horbatko were monitoring the audio/video

4

footage during the duration of the controlled buy. The CS was instructed to give a verbal phrase when he/she received the (5) five pounds of methamphetamine. At approximately 4:58 p.m., the CS gave the pre-determined phrase that he/she obtained the methamphetamine. At approximately 4:59 p.m., Agents affected the arrest of VASQUEZ-Ruelas in the parking lot of the Caribbean Casino without incident. SA Haney and TFO positively identified the courier as VASQUEZ-Ruelas. VASQUEZ-Ruelas vehicle was seized following his arrest and Agents observed the buy funds the CS used to purchase the methamphetamine in open view on the driver's floor board of the vehicle. SA Janis read VASQUEZ-Ruelas his Miranda Rights and VASQUEZ-Ruelas advised he did not want to talk. VASQUEZ-Ruelas was booked in the Yakima County Jail for violation of 21 U.S.C 841 (a)(1).

11.    At approximately 5:15 p.m., surveillance units observed FLORES-Villaman's vehicle in the area of Caribbean Casino, traveling East towards the city of Moxee. At approximately 6:13 p.m., surveillance units observed FLORES-Villaman on University parkway and followed him to the 1800 block of East Nob Hill, where a traffic stop was conducted. Agents affected the arrest of FLORES-Villaman at the Gateway 76 gas station located at 1802 E Nob Hill Blvd, in Yakima, WA. FLORES-Villaman's vehicle was seized following his arrest.

FLORES-Villaman invoked his right to an attorney. FLORES-Villaman was booked in the Yakima County Jail for violation of 21 U.S.C 841 (a)(1).

12.  TFO Horbatko and SA Haney subsequently field tested the suspected crystal-like substance, which yielded presumptive positive for the presence of methamphetamine. The suspected methamphetamine weighed approximately 2251.9 grams. Based on training and experience, Agent Haney knows that these amounts are for distribution and not for personal use.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

CHELSEY HANEY
Digitally signed by CHELSEY HANEY
Date: 2023.03.22 10:21:38 -07'00'

Chelsey M. Haney
Special Agent
Drug Enforcement Administration

SWORN TO telephonically and subscribed electronically this __22nd__ day of March, 2023.

_____
James A. Goeke
United States Magistrate Judge

6